## COOMER v. COMMONWEALTH.

Court of Appeals of Kentucky.
March 9, 1951.

Elmer C. Roberts, F. T. Allen, Campton, for appellant.

A. E. Funk, Atty. Gen., H. D. Reed, Jr., Asst. Atty. Gen., for appellee.

CAMMACK, Chief Justice.

Swannie Coomer has filed a motion for an appeal from a judgment sentencing him to a $20 fine and imprisonment on a liquor charge. At the outset we are confronted with the response of the Commonwealth to the motion for an appeal. In the response it is pointed out that we have no jurisdiction of the case under Section 347 of the Criminal Code of Practice. We so held in the case of Compton v. Commonwealth, 270 Ky. 51, 109 S.W.2d 16.

Wherefore, the appeal is denied.

## Chester FLYNN, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
March 9, 1951.

J. S. Sandusky, Somerset, for movant.

A. E. Funk, Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Pulaski Circuit Court. Judgment of conviction for selling liquor in local option territory and imposing sentence of $100 fine and 30 days in jail.

Appeal denied. Judgment affirmed.